UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.

CHAPPELL & CO., INC.,
ET AL.,
        Plaintiffs,

v.

COSTELLO'S TAVERN, INC.,
        Defendants.

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiffs state that:

CHAPPELL & CO., INC. AND WARNER BROS., INC. are wholly owned by publicly owned Time Warner, Inc.

By their attorneys,

HOLLAND & KNIGHT, LLP

By: _____
Stephen S. Young (BBO #338040)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: January 25, 2005