AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF MASSACHUSETTS
One Courthouse Way, Boston, MA 02210

SUMMONS IN A CIVIL ACTION

CHAPPELL & CO., INC., ET AL.

V.

COSTELLO'S TAVERN, INC.

CASE NUMBER:

05 CV 10143 NG

TO: (Name and Address of Defendant)

Costello's Tavern, Inc.
d/b/a Costello's
731 Centre Street
Jamaica Plain, MA 02130

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen S. Young, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



CLERK ANASTAS

1-25 05
DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

March 1, 2005

I hereby certify and return that on 2/22/2005 at 1:35PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Kelly Ruggiero, manager, agent and person in charge at the time of service for Costello's Tavern, Inc dba Costello's, at , 731 Centre Street, Jamaica Plain, MA 02130. In the service hereof it was necessary and I actually used a motor vehicle 8 miles. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $48.52

Deputy Sheriff   David B. Isberg

*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
               Date                    Signature of Server

                                    _____
                                    Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.