UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

**Chappell & Co., Inc., et al**

v.

CA/CR No. 05-10143 -NG

**Costello's Tavern**

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **DEIN** for the following proceedings:

**( XX )**     **Referred for full pretrial case management, including all dispositive motions.**

**( )**     Referred for full pretrial case management, <u>not</u> including dispositive motions:

(A)     Referred for discovery purposes only.

(B)     Referred for Report and Recommendation on:

   ( ) Motion(s) for injunctive relief
   ( ) Motion(s) for judgment on the pleadings
   ( ) Motion(s) for summary judgment
   ( ) Motion(s) to permit maintenance of a class action
   ( ) Motion(s) to suppress evidence
   ( ) Motion(s) to dismiss
   ( ) Post Conviction Proceedings[1]
   See Documents Numbered: _____

(C)     Case referred for events only. See Doc. No(s). _____

(D)     Case referred for settlement.

(E)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   ( ) In accordance with Rule 53, F.R.Civ.P.
   ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(F)     **Special Instructions:**     16.b Scheduling conference, pretrial and dispositive motions.

3/23/05                                                                                   By:     s/ Maryellen Molloy
Date                                                                                             Deputy Clerk

---

[1]