UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C. A. No. 1:05-CV-10143-NG

CHAPPELL & CO., INC. ET AL.,
        Plaintiffs

COSTELLO'S TAVERN, INC.,
        Defendant

**JOINT STATEMENT
PURSUANT TO L.R. 16.1**

The parties hereby submit this statement in accordance with Local Rule 16.1.

I. <u>Nature of the Case</u>

This case involves claims of copyright infringement through the performance of musical compositions at the defendant's place of business.

II. <u>Proposed Scheduling Conference Agenda</u>

    A. Discuss discovery completion date.

    B. Discuss dispositive motion filing date.

    C. Discuss tentative trial date.

    D. Review status of settlement discussions.

III. <u>Proposed Discovery Plan</u>

    A. All initial disclosures to be served, if they have not already been served, no later than 14 days after the date of the scheduling conference, as provided by Local Rule 26.2(A).

    B. All written discovery requests and depositions to be completed by October 3, 2005.

IV. <u>Proposed Summary Judgment Motion Schedule</u>

    A. The parties propose that all dispositive motions be filed on or before November 14, 2005.

V. <u>Certifications</u>

    A.    The certifications required by Local Rule 16.1(d)(3) are either attached to this statement or will be filed prior to the scheduling conference. Plaintiff has served a settlement demand on defendant pursuant to Local Rule 16.1(c).

VI. <u>Trial by Magistrate Judge</u>

    A.    The parties do not consent at this time to a trial by a magistrate judge.

Respectfully, submitted,

| | |
|---|---|
| PLAINTIFFS, CHAPPELL & CO., INC. ET AL. | DEFENDANT, COSTELLO'S TAVERN, INC. |
| By their attorney, HOLLAND & KNIGHT LLP | By its attorneys, FLAHERTY & FLAHERTY |
| By: _____ Stephen S. Young (BBO #538040) 10 St. James Avenue Boston, MA 02116 (617) 573-5833 | By: _____ Thomas J. Griffin (Pro Hoc Vice) California Bar No. 141694 NELSON GRIFFIN 633 West Fifth Street, Suite 800 Los Angeles, CA 90071 (213) 833-0155 |

Dated: April 18, 2005

CERTIFICATE OF SERVICE

    I, Stephen S. Young, hereby certify that on this 18th day of April 2005, I served the Joint Statement Under L.R. 16.1 upon the Defendant by facsimile and by mailing, postage prepaid, a copy thereof addressed to Thomas J. Griffin, Esq. (Pro Hoc Vice), Nelson Griffin, 633 West Fifth Street, Suite 800, Los Angeles, CA 90071.

                                        _____
                                        Stephen S. Young

# 2731155_v1