UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C.A. No. 1:05-CV-10143-NG

CHAPPELL & CO., INC. ET AL.,
        Plaintiffs,

v.

COSTELLO'S TAVERN, INC.,
        Defendant.

PLAINTIFFS' CERTIFICATION OF CONFERENCE

    The undersigned, in accordance with Local Rule 16.1(D)(3), hereby certify that they have conferred about establishing a budget for the cost of conducting the full course, and various alternative courses, of the present litigation and to consider resolution of this litigation through the use of alternative dispute resolution programs.

CHAPPELL & CO., INC. ET AL.

By: _____
Richard H. Reimer, Esq.
Vice President-Legal Services
American Society of
Composers, Authors
  and Publishers

Dated: April 11, 2005

# 2722605_v1

HOLLAND & KNIGHT LLP
Attorneys for the Plaintiffs,

By: _____
Stephen S. Young
BBO #538040
10 St. James Avenue
Boston, MA 02116
(617) 523-2700