UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAPPELL & CO., INC. et al., )<br>)<br>    Plaintiffs,         )<br>v.                              )<br>                                 )<br>COSTELLO'S TAVERN, INC., )<br>                                 )<br>    Defendant.        ) | CIVIL ACTION<br>NO. 05-10143-NG |

## SCHEDULING ORDER

After a conference held today in accordance with Fed. R. Civ. P. 16(b), the court ORDERS the following, as agreed to by all parties:

1. Fact Discovery, including written discovery requests and depositions, shall be completed by **October 3, 2005**.

2. Any dispositive motions shall be filed by **November 14, 2005**.

3. The parties shall report to the Court, by letter, the use of alternative dispute resolution ("ADR") programs by **June 30, 2005**. The parties shall just indicate if an agreement to use ADR has been reached.

4. The next status conference is scheduled for **September 26, 2005**, at **2:30 P.M.** At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial;
    (c) the further use of ADR; and
    (d) consent to trial before the Magistrate Judge.

5. The parties shall submit a brief joint statement no later than five (5)

business days before the conference addressing the issues itemized in paragraph (4) above. The parties shall just indicate if an agreement has been reached to use ADR or to have the matter tried by a Magistrate Judge. The respective positions of each party do not have to be identified.

           / s / Judith Gail Dein
           Judith Gail Dein
           United States Magistrate Judge

DATED:  May 2, 2005