# Holland + Knight

Tel  617 523 2700
Fax  617 523 6850

Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
www.hklaw.com

Stephen S. Young
617-573-5813
steve.young@hklaw.com

June 29, 2005

Mr. Thomas Quinn, Courtroom Clerk
for Magistrate Judge Judith G. Dein
U. S. District Court for the
District of Massachusetts
One Courthouse Way
Boston, MA 02210

      Re:    *Chappell & Co., Inc. et al. v. Costello's Tavern, Inc.*
            (Costello's, Jamaica Plain, MA)
            USDC Civil Action No. 1:05-CV-10143-NG

Dear Mr. Quinn:

      In accordance with the magistrate judge's directive at the scheduling conference on May 2, 2005, I am writing on behalf of counsel for the plaintiffs and the defendant to advise the Court that the parties are still unable to determine whether any form of ADR might be useful in this case. Counsel advised the Court at the scheduling conference that a determination regarding ADR possibilities would have to await the completion of several depositions. While those depositions have been scheduled, they have had to be rescheduled to the end of July. Once they have been completed, we will be better able to determine whether ADR is a reasonable possibility.

                              Sincerely,

                              Stephen S. Young

ssy/ssb
cc:    Thomas J. Griffin, Esq.
       Timothy Flaherty, Esq.