UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C. A. No. 1:05-CV-10143-NG

CHAPPELL & CO., INC. ET AL.,
       Plaintiffs,

v.

COSTELLO'S TAVERN, INC.,
       Defendant.

**ASSENTED-TO MOTION
TO CONTINUE
STATUS CONFERENCE**

   Plaintiffs, with the assent of the defendant through its counsel, hereby moves this Court to continue the date of the status conference, currently scheduled for September 26, 2005, to a date after September 28, 2005. The ground for this request is the unavailability of counsel for the plaintiffs on September 26, 2005.

              By their attorneys,

              HOLLAND & KNIGHT LLP

           By: /s/ *Stephen S. Young*
             Stephen S. Young, BBO #538040
             10 St. James Avenue
             Boston, MA 02116
             (617) 523-2700

ASSENTED TO BY DEFENDANT:
By its attorney,

/s/ *Thomas J. Griffin*
Thomas J. Griffin, Esq.
Nelson & Griffin
555 West Fifth St., Suite 320
Los Angeles, CA 90013
(213) 833-0155

Dated: August 11, 2005

# 3135549_v1