UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

C. A. No. 1:05-CV-10143-NG

| | |
|---|---|
| CHAPPELL & CO., INC. ET AL.,<br>Plaintiffs<br><br>COSTELLO'S TAVERN, INC.,<br>Defendant | **JOINT STATEMENT PURSUANT TO MAY 2, 2005 SCHEDULING ORDER** |

The parties hereby submit this statement in accordance with the Court's May 2, 2005 Scheduling Order.

1. Except for the taking of the deposition of the defendant's principal, Matthew T. Griffin, discovery in the case has been completed.

2. The filing of dispositive motions by November 14, 2005, as set forth in the May 2, 2005 Scheduling Order, is acceptable to both parties.

3. The parties have not reached an agreement to use ADR.

4. The parties do not consent at this time to a trial by the magistrate-judge.

Respectfully submitted,

| PLAINTIFFS, CHAPPELL & CO., INC. ET AL. | DEFENDANT, COSTELLO'S TAVERN, INC. |
|---|---|
| By their attorney,<br>HOLLAND & KNIGHT LLP | By its attorneys,<br>NELSON GRIFFIN |
| By: /s/ *Stephen S. Young*<br>Stephen S. Young (BBO #538040)<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 573-5833 | By: /s/ *Thomas J. Griffin*<br>Thomas J. Griffin (Pro Hoc Vice)<br>California Bar No. 141694<br>633 West Fifth Street, Suite 800<br>Los Angeles, CA 90071<br>(213) 833-0155 |

Dated: September 28, 2005

- 2 -

CERTIFICATE OF SERVICE

I, Stephen S. Young, hereby certify that on this 28th day of September, 2005, I served the Joint Statement Pursuant to the May 2, 2005 Scheduling Order upon the defendant by facsimile and by mailing, postage prepaid, a copy thereof addressed to Thomas J. Griffin, Esq. (Pro Hoc Vice), Nelson Griffin, 633 West Fifth Street, Suite 800, Los Angeles, CA 90071.

                                              /s/ *Stephen S. Young*
                                              Stephen S. Young

# 3260215_v1