TIMOTHY FLAHERTY, ESQ. (BBO No. 557477)
FLAHERTY & FLAHERTY
43 Bowdoin St.
Boston, Massachusetts 02114
Telephone: (612) 227-2186
Facsimile: (617) 227-7777

THOMAS J. GRIFFIN, ESQ. (California Bar No. 141694)
NELSON ◇ GRIFFIN
555 West Fifth Street, Suite 320
Los Angeles, California 90013
Telephone: (213) 833-0155
Facsimile: (213) 833-0160

Attorneys for Defendant
COSTELLO'S TAVERN

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS - EASTERN SECTION

| | |
|---|---|
| CHAPPELL & CO., INC., ET AL. ) | C.A. No. 1:05-CV-10143-NG |
| Plaintiff, ) | |
| ) | **NOTICE OF LODGMENT OF** |
| v. ) | **DEPOSITION TRANSCRIPTS IN** |
| ) | **SUPPORT OF DEFENDANT'S** |
| COSTELLO'S TAVERN, INC. ) | **OPPOSITION TO PLAINTIFF'S** |
| ) | **MOTION FOR PARTIAL SUMMARY** |
| Defendant. ) | **JUDGMENT** |
| ) | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that defendant COSTELLO'S TAVERN, INC. hereby lodges with the court the following deposition transcripts in support of defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment:

1.  Deposition Transcript of Steven C. Furtado taken July 21, 2005;

2.  Deposition Transcript of James Merenda taken July 21, 2005; and,

3.  Deposition Transcript of Maurice Rucker taken July 21, 2005.

///

///

///

1

DATED: November 23, 2005                NELSON ◇ GRIFFIN

                                        By: /s/ THOMAS J. GRIFFIN
                                        THOMAS J. GRIFFIN,
                                        Attorneys for Defendant
                                        COSTELLO'S TAVERN, INC.

### CERTIFICATE OF SERVICE

I, Myrna Morales, hereby certify that on this 23rd day of November, 2005, I served the following document: **NOTICE OF LODGMENT OF DEPOSITION TRANSCRIPTS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A) on the plaintiffs' counsel by mailing a copy thereof addressed to: Stephen S. Young, Esq., Holland & Knight, LLP, 10 St. James Avenue, Boston, MA 02116.

                                        /s/ MYRNA MORALES
                                        MYRNA MORALES

2

C:\staging\4384F1B1-6B9F-080D18\in\4384F1B1-6B9F-080D18.wpd   NOTICE OF LODGMENT OF DEPOSITION TRANSCRIPTS...