UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:05-CV-10143-NG

| | |
|---|---|
| CHAPPELL & CO., INC. ET AL.,<br>    Plaintiffs,<br>v.<br>COSTELLO'S TAVERN, INC.,<br>    Defendant. | **PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF** |

Plaintiffs, in accordance with Local rule 7.1(B)(3), hereby move this Court for leave to file the accompanying reply brief. The grounds for this motion are that Defendant has raised issues in its opposition papers that require a response in order to focus and clarify for the Court the defenses Defendant is raising.

By their attorneys,

HOLLAND & KNIGHT, LLP

By: /s/ *Stephen S. Young*
Stephen S. Young, BBO #538040
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
stephen.young@hklaw.com

Dated: December 9, 2005

CERTIFICATION UNDER LOCAL RULE 7.1

The undersigned counsel hereby certifies that by fax on December 8, 2005 and by telephone on December 9, 2005 he attempted to confer with Thomas J. Griffin, counsel for the defendant, in the above-captioned matter in an unsuccessful attempt to resolve or narrow the issues presented by Plaintiffs' Motion for Leave to File Reply Brief.

/s/ *Stephen S. Young*
Stephen S. Young

CERTIFICATE OF SERVICE

I, Stephen S. Young, hereby certify that on this 9th day of December, 2005, I served a copy of Plaintiffs' Motion for Leave to File Reply Brief upon defendant by mailing a copy thereof, postage prepaid, addressed to

- 2 -

Thomas J. Griffin, Esq. (Pro Hoc Vice), Nelson Griffin, 633 West Fifth Street, Suite 800, Los Angeles, CA 90071; and to Timothy Flaherty, Esq., Flaherty & Flaherty, 43 Bowdoin Street, Boston, MA 02114.

Signed under the pains and penalties of perjury.

/s/ *Stephen S. Young*
Stephen S. Young

# 3437816_v1