UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

C. A. No. 1:05-CV-10143-NG

| | |
|---|---|
| CHAPPELL & CO., INC., ET AL.,<br>      Plaintiffs,<br><br>v.<br><br>COSTELLO'S TAVERN, INC.,<br>      Defendant. | **MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS** |

Plaintiffs, Chappell & Co., Inc., et al., hereby move this Court for leave to file the Reply to Defendant's Response to Plaintiffs' Objection to Magistrate Judge's Report and Recommendations, which is being submitted with this motion. The ground for this motion is that plaintiffs believe that a short reply is appropriate to bring to the Court's attention the fact that the defendant has ignored the issues that were determinative of the Magistrate Judge's recommendations, and misread the authorities on which its Response is based.

            PLAINTIFFS, CHAPPELL & CO., INC., ET AL.
            By their attorneys,
            HOLLAND & KNIGHT LLP

            By: */s/ Stephen S. Young*
               Stephen S. Young (BBO #538040)
               10 St. James Avenue
               Boston, MA 02116
               (617) 573-5833
               stephen.young@hklaw.com

CERTIFICATION UNDER LOCAL RULE 7.1

   The undersigned counsel hereby certifies that he has conferred with counsel for the defendant in the above-captioned matter in an unsuccessful attempt to resolve or narrow the issues presented by Plaintiffs' Motion for Leave to File Plaintiffs' Reply to Defendant's Response to Plaintiffs' Objection to Magistrate Judge's Report and Recommendations.

            */s/ Stephen S. Young*
            Stephen S. Young

CERTIFICATE OF SERVICE

   I, Stephen S. Young, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 27, 2006.

            */s/ Stephen S. Young*
            Stephen S. Young

# 3680934_v1