UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

C.A. No. 1:05-CV-10143-NG

CHAPPELL & CO., INC. ET AL.,
    Plaintiffs,
v.

COSTELLO'S TAVERN, INC.,
    Defendant.

**STIPULATION OF DISMISSAL**

The parties hereto, in accordance with Rule 41(a)(1), Fed.R.Civ.P., hereby stipulate that the above-captioned matter may be dismissed with prejudice and without costs, including attorneys' fees, to any party, all parties waiving all rights of appeal.

| Attorneys for Plaintiffs, | Attorneys for Defendant, |
|---|---|
| HOLLAND & KNIGHT, LLP | NELSON GRIFFIN |
| By: /s/ *Stephen S. Young* | By: /s/ *Thomas J. Griffin* |
| Stephen S. Young | Thomas J. Griffin, Esq. (Pro Hoc Vice) |
| BBO #538040 | California Bar No. 141694 |
| 10 St. James Avenue | 633 West Fifth Street, Suite 800 |
| Boston, MA 02116 | Los Angeles, CA 90071 |
| 617-523-2700 | 212-833-0160 |
| syoung@hklaw.com | tgriffin@nelsongriffin.com |
| Dated: May 23, 2006 | Dated: May 19, 2006 |

CERTIFICATE OF SERVICE

I, Stephen S. Young, hereby certify that this document, filed through the ECF system, will be sent electronically to defendant's counsel, Thomas A. Griffin, and paper copies will be mailed to co-counsel for defendant, Timothy Flaherty of Flaherty & Flaherty, 43 Bowdoin Street, Boston, MA 02114 as he is a non-registered participant, on this 23rd day of May, 2006

/s/ *Stephen S. Young*
Stephen S. Young

# 3791669_v1